**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE, | 1:09-cv-00722-AWI-YNP-SMS (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| L. WILKINSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Defendants Wilkinson, Castellanos and Shelby for violation of the Equal Protection Clause of the Fourteenth Amendment and Defendants Chavez and Gonzales for an illegal strip search in violation of the Fourth Amendment. The complaint does not state a cognizable as to Plaintiff's Due Process, Eighth Amendment, First Amendment, Cell Search, and State Law claims, as well as Defendants Matthew Cate and James Yates.

The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On October 1, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this Findings and Recommendations now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and

1

opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY RECOMMENDED that Plaintiff's Due Process, Eighth Amendment, First Amendment, Cell Search, and State Law claims, as well as Defendants Matthew Cate and James Yates be dismissed.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30) days** after being served with these Findings and Recommendations, plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:     October 8, 2009**                             /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE