# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>L. WILKINSON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00722-AWI-YNP SMS (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Wilkinson, Castellanos and Shelby for violation of the Equal Protection Clause of the Fourteenth Amendment and Defendants Chavez and Gonzales for an illegal strip search in violation of the Fourth Amendment..[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        L. WILKINSON

        G. CHAVEZ

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's e Due Process, Eighth Amendment, First Amendment, Cell Search, and State Law claims be dismissed, as well as Defendants Matthew Cate and James Yates.

1

|   |   |   |
|---|---|---|
| 1 |   | F. SHELBY |
| 2 |   | R. CASTELLANOS |
| 3 |   | GONZALES |

2. The Clerk of the Court shall send Plaintiff five USM-285 forms, five summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 23, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six copies of the endorsed complaint filed April 23, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** October 8, 2009            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE