IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE, | 1: 09 CV 00722 AWI YNP SMS (PC) |
| Plaintiff, | ORDER RE: FINDINGS & RECOMMENDATIONS (#16) |
| vs. | ORDER DISMISSING CLAIMS |
| L. WILKINSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 9, 2009, findings and recommendations were entered, recommending dismissal of certain claims and defendants. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 9, 2009, are adopted in full;
2. Plaintiff's Due Process, Eighth Amendment, First Amendment, Cell Search, and State Law Claims, as well as Defendants Matthew Cate and James Yates are dismissed; and
3. This action is referred to the Magistrate Judge.

IT IS SO ORDERED.

**Dated:   February 17, 2010**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE