# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE, | CASE NO. 1:09-cv-00722-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| L. WILKINSON, et al., | (ECF No. 31) |
| Defendants. | TWENTY-DAY DEADLINE |

Plaintiff Cornelius V. Lee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Wilkinson, Castellanos, and Shelby for violation of the Equal Protection Clause of the Fourteenth Amendment and Defendants Chavez and Gonzales for violation of the Fourth Amendment.

On January 10, 2011, Defendants filed a motion for summary judgment. Plaintiff filed a motion for an extension of time to file a response and on March 1, 2011, the Court granted Plaintiff thirty days in which to file a response. More than thirty days has passed and Plaintiff has failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **twenty (20) days** from the date of service of this order; and

///

2       The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 26, 2011**                             /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE