# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. WILKINSON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00722-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(ECF No. 36) |

Plaintiff Cornelius V. Lee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2011, the Magistrate Judge ordered Plaintiff to file a response to Defendants motion for summary judgment within twenty days. Plaintiff did not file a response or otherwise respond to the motion. On June 6, 2011, the Magistrate Judge issued findings and recommendations recommending that the action be dismissed for failure to prosecute. The parties were given ten days within which to file objections, and none were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations, filed June 6, 2011, is adopted in full;

2.    This action, is dismissed, with prejudice, based on Plaintiff's failure to prosecute;

3. All pending motions are terminated; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 30, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE